IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GOLDIE LACEY and DIANE LACEY,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br>WILSON & ASSOCIATES, PLLC,<br><br>Defendants. | No. 2:14-cv-02091-SHL-tmp |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION; ORDER GRANTING DEFENDANT WILSON & ASSOCIATES, PLLC'S MOTION TO DISMISS**

Before the Court is the Magistrate Judge's "Report and Recommendation on Wilson & Associates, PLLC's Motion to Dismiss" (the "Report and Recommendation"), which was filed on October 7, 2014. (See ECF No. 24.) In the Report and Recommendation, the Magistrate Judge recommends that Defendant Wilson & Associates, PLLC's Motion to Dismiss (ECF No. 18) be granted and that Plaintiffs' Complaint (ECF No. 1) be dismissed with prejudice as to Wilson & Associates, PLLC. (See ECF No. 24 at 10.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report and Recommendation have been filed, and the time for filing objections has expired. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and

Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 24) in its entirety.

Accordingly, Defendant's Motion to Dismiss (ECF No. 18) is GRANTED and Plaintiffs' Complaint (ECF No. 1) as to Defendant Wilson & Associates, PLLC is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED,** this 30th day of October, 2014.

/s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
U.S. DISTRICT COURT JUDGE