# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GOLDIE LEE LACEY, and DIANNE LACEY <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO, N.A., and WILSON & ASSOCIATES, P.L.L.C., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 2:14-cv-02091-SHL-tmp |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's "Report and Recommendation" (the "Report and Recommendation"), which was filed on November 20, 2014. (See ECF No. 35.) In the Report and Recommendation, the Magistrate Judge recommends that Plaintiffs' complaint be dismissed with prejudice for failure to prosecute.

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report and Recommendation have been filed, and the time for filing objections has expired. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 35) in its entirety.

Accordingly, Plaintiff's claims are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED,** this 22nd day of December, 2014.

/s/ Sheryl H. Lipman
SHERYL H. LIPMAN
U.S. DISTRICT COURT JUDGE